IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    :   Case No.  3:16-cr-152

    :   JUDGE WALTER H. RICE

CHAD BASNEY,

    Defendant.

---

ENTRY SETTING BRIEFING SCHEDULE AS A RESULT
OF SENTENCING HEARING HELD OCTOBER 2, 2017

---

At the conclusion of the sentencing hearing, held in open Court and upon the record on October 2, 2017, the following briefing schedule was discussed and agreed upon, to wit: twenty-one days after the filing of the transcript of the aforesaid hearing, the parties are to file simultaneous post-hearing memoranda, to be followed fourteen days thereafter by simultaneous replies being filed.

The parties should address any matters that they feel would be of interest to the Court. However, the Court would appreciate specific comments addressed to the issues identified at the conclusion of said hearing.

October 3, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record